IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC'S DELI, INC., : | |
|           Plaintiff, : | |
| : | |
| v. : | Civil No. 5:20-cv-06165-JMG |
| : | |
| STATE AUTO PROPERTY AND CASUALTY : | |
| INSURANCE COMPANY, : | |
|           Defendant. : | |

**ORDER**

**AND NOW**, this 14th day of May, 2021, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 19), Plaintiff's Response to Defendant's Motion (ECF No. 23), and Defendant's Reply to Plaintiff's Response (ECF No. 24), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion for Judgment on the Pleadings is **GRANTED**;

2. Plaintiff's Amended Complaint (ECF No. 1) is **DISMISSED**;

3. The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge